No. 530. REAL ESTATE-LAND TITLE & TRUST CO., TRUSTEE, *v.* SPRINGFIELD ET AL. Jurisdictional statement submitted December 10, 1932. Decided December 19, 1932. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it. *New Orleans Water Works Co.* v. *Louisiana Sugar Co.,* 125 U. S. 18, 38, 39; *Cross Lake Club* v. *Louisiana,* 224 U. S. 632, 639, 640; *Long Sault Development Co.* v. *Call,* 242 U. S. 272, 277, 278; *Hardin-Wyandot Lighting Co.* v. *Upper Sandusky,* 251 U. S. 173, 178, 179; *Girard Trust Co.* v. *Ocean & Lake Realty Co.,* 286 U. S. 523.

*Messrs. Leslie Nichols* and *Maurice Bower Saul* for appellant. *Messrs. M. E. Spencer* and *A. J. Todd* for appellees.